```
                                    FILED

                                  May 10 2018

                            CLERK, U.S. DISTRICT COURT
                          SOUTHERN DISTRICT OF CALIFORNIA
                          BY        s/ ericas        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. ___18CR2306-BTM___ |
| Plaintiff, | |
| v. | I N F O R M A T I O N |
| MAURICIO GOMEZ-CORDERO, | Title 8, U.S.C., Sec. 1326(a) and (b)- Removed Alien Found in the United States (Felony) |
| Defendant. | |

The United States Attorney charges:

On or about April 11, 2018, within the Southern District of California, defendant MAURICIO GOMEZ-CORDERO, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his/her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

//

//

LES:lf:5/3/18

1     It is further alleged that defendant was removed from the

2  United States subsequent to October 15, 2012.

3     DATED: _May 10, 2018_ .

4                                                ADAM L. BRAVERMAN
                                                 United States Attorney
5

6

7                                                LAWRENCE E. SPONG
                                                 Assistant U.S. Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28